# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137896

JACKIE AARON ERWIN,

     Plaintiff-Appellant,

v

                              SC: 137896
                              CoA: 287467

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.
_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 5, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2009

jm

_____
Clerk